UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                 CRIMINAL NO. 02-80069

                                    HONORABLE PATRICK J. DUGGAN

v.

D-1 ILENE R. MOSES,

    Defendant.
_____/

## **ORDER**

This court having reviewed the government's request for an Order for the Destruction of firearm and, based upon the facts set forth in the supporting Motion and Brief;

**IT IS HEREBY ORDERED** that any duly authorized Special Agent of the Federal Bureau of Investigation may destroy the firearm described in the government's motion.

                     S/Patrick J. Duggan
                     Patrick J. Duggan
                     United States District Judge

Dated: April 11, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 11, 2008, by electronic and/or ordinary mail.

                     S/Marilyn Orem
                     Case Manager